# *United States District Court*

## *Northern District of New York*

## JUDGMENT IN A CIVIL CASE

**NEW YORK STATE TEAMSTERS
CONFERENCE PENSION &
RETIREMENT FUND, by its Trustees, et al.**

**V.**             **CASE NUMBER: 5:05-CV-60(NPM/DEP)**

**SYRACUSE MOVERS, INC.**

[]         **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

[XX]      **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANT in the sum of $197,017.67 as and for the unpaid employer withdrawal liability pursuant to the Order of the Hon. Neal P. McCurn dated May 22, 2006.

DATED:      May 24, 2006

Clerk of Court

LKB:lmp